NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3023

TIMOTHY EDWARD FLOOD,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0752090209-I-1.

ON MOTION

## O R D E R

Timothy Edward Flood moves for an extension of time to file his opening brief.

This petition was dismissed on March 10, 2010 due to the Flood's failure to file an opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The mandate will be recalled, the March 10, 2010 dismissal order will be vacated, and the petition will be reinstated, if Flood files his opening brief (form enclosed) within 30 days of the date of filing of this order.

FOR THE COURT

MAR 1 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Timothy Edward Flood (informal brief form enclosed)
Devin A. Wolak, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2010

JAN HORBALY
CLERK